ACCEPTED
14-14-00922-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
9/22/2015 4:57:46 PM
CHRISTOPHER PRINE
CLERK

## NO. 14-14-00922-CV

**IN THE COURT OF APPEALS**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
9/22/2015 4:57:46 PM
CHRISTOPHER A. PRINE
Clerk

**FOR THE FOURTEENTH DISTRICT OF TEXAS**

**AT HOUSTON**

**KIMBERLY R. REDO,**

**Appellant,**

**v.**

**KATHERINE MOORE,**

**Appellee.**

**APPELLEE'S THIRD UNOPPOSED MOTION
TO EXTEND TIME TO FILE BRIEF AND FIRST UNOPPOSED MOTION
TO RESET ORAL ARGUMENT**

TO THE HONORABLE COURT OF APPEALS:

Appellee, Katherine Moore files this motion under Texas Rules of Appellate Procedure 10.5(b) and 10.5(c) and respectfully requests: (1) a 30-day extension of time, until October 30, 2015, to file her appellee's brief, and (2) that oral argument be postponed for at least 30 days.

**I.**

This is an appeal from a Final Judgment signed on September 22, 2014, by the Honorable Debra Ibarra Mayfield, in the County Court at Law Number 1 of Harris County, Texas in cause number 1029105. Appellant filed a notice of appeal on November 13, 2014. A complete record was filed on March 18, 2015. Appellant filed her brief on July 1, 2015.

**II.**

Appellee's brief is currently due on September 30, 2015. Poorav Rohatgi, who is about to complete his first year as a practicing attorney, recently substituted as Counsel for Appellee on September 3, 2015 and has not had an opportunity to review the record thoroughly or evaluate applicable arguments and case law sufficiently. Further, recently substituted Counsel for Appellee has been substantially involved in the following matters, among others, throughout the month of September necessitating the filing of this motion:

1. *Alta Mesa v. ReOil, et al.*; Counsel prepared and filed a Motion for Continuance on September 3, 2015.

2. *Quintanilla v. Regency, et al.*; Counsel drafted and served objections to a Third-Party Subpoena Duces Tecum on September 4, 2015. Counsel also drafted and filed a Non-Party Motion to Quash a Notice to Appear on September 15, 2015.

3. *Roger Christ v. Habitat for Humanity, et al.*; Counsel prepared for and aided a colleague during the September 14, 2015 deposition of the plaintiff.

4. *Academy, Ltd. v. Wipro, et al.*; Counsel drafted objections to substantive interrogatories in anticipation of September 25, 2015 deadline. Counsel also has been reviewing responsive documents and supervising a third-party's substantial review of tens of thousands of documents for production in discovery in anticipation of October 9, 2015 deadline.

Counsel also has volunteered as a City of Houston Municipal Prosecutor one to two days a week for the entire month of September.

Accordingly, Appellee respectfully requests a 30-day extension, or until October 30, 2015, in which to file her brief. This is Appellee's third request for an extension of time. This motion is not filed for the purpose of delay.

## III.

The Court has set oral argument in this appeal for Tuesday, October 27, 2015 at 1:30 pm. However, for the reasons explained above, more time is needed to complete the briefing in this case. Appellee's substituted counsel has been involved in this case for less than one month and has not yet had an opportunity to finish reading the record and draft the Appellee's brief.

Accordingly, Appellee respectfully requests that the Court postpone oral argument for at least 30 days. This is Appellee's first request to reset oral argument. This motion is not filed for the purpose of delay.

## PRAYER

For these reasons, appellee Katherine Moore respectfully requests that the Court grant these requests, extend the time for filing her brief to October 30, 2015, and postpone oral argument for at least 30 days.

Respectfully submitted,

HAYNES AND BOONE, LLP

*/s/ Poorav Rohatgi*
Poorav K. Rohatgi
State Bar No. 24093063
1221 McKinney, Suite 2100
Houston, Texas 77010-2007
Telephone: (713) 547-2000
Telecopier: (713) 547-2600
*Poorav.Rohatgi@haynesboone.com*

**ATTORNEY FOR APPELLEE**
**KATHERINE MOORE**

## CERTIFICATE OF CONFERENCE

In accordance with Rule 10.1(a)(5) of the Texas Rules of Appellate Procedure, I certify that I conferred with Mr. William F. Harmeyer, counsel for Appellant, who stated that he is unopposed to the relief requested.


_/s/ Poorav Rohatgi_
Poorav K. Rohatgi

**CERTIFICATE OF SERVICE**

In accordance with the Texas Rules of Appellate Procedure, I certify that a true and correct copy of the *Appellee's Third Unopposed Motion to Extend Time to File Brief and First Request to Reset Oral Argument* has been served on the following counsel of record via e-service on this 22nd day of September, 2015:

***Counsel for Kimberly R. Redo:***

William F. Harmeyer
WILLIAM F. HARMEYER & ASSOCIATES, P.C.
Suite 475 Arena Tower One
7322 Southwest Freeway
Houston, Texas 77074

 */s/ Poorav Rohatgi*
Poorav K. Rohatgi